UNITED STATES of America, Plaintiff–Appellee,

v.

Michael D. NEELY, Defendant–Appellant.

No. 13–15098

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 10, 2014.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Stephen M. Kunz, As-

sistant U.S. Attorney, U.S. Attorney's Office, Tallahassee, FL, Pamela C. Marsh, Kathryn Dee Risinger, U.S. Attorney's Office, Panama City, FL, for Plaintiff–Appellee.

Michelle Kathleen Spaven, Federal Public Defender's Office, Panama City, FL, Gwendolyn Louise Spivey, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Michael D. Neely in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Neely's convictions and sentences are **AFFIRMED**.